B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Texas | **VOLUNTARY PETITION** |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Broadstar Wind Systems LP | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>EIN No. 61-1558806 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>1323 North Stemmons Freeway<br>Dallas, Texas      ZIP CODE 75207 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A      ZIP CODE N/A |
| County of Residence or of the Principal Place of Business:<br>Dallas County, Texas | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A      ZIP CODE N/A | Mailing Address of Joint Debtor (if different from street address):<br>N/A      ZIP CODE N/A |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A      ZIP CODE N/A | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☑ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                     Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>     debts, defined in 11 U.S.C.             business debts.<br>     § 101(8) as "incurred by an<br>     individual primarily for a<br>     personal, family, or house-<br>     hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Broadstar Wind Systems LP** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: N/A | Case Number: N/A | Date Filed: |
| Location Where Filed: N/A | Case Number: N/A | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See Schedule 1 | Case Number: | Date Filed: |
| District: Northern District of Texas | Relationship: | Judge: Pending |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)     (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Broadstar Wind Systems LP** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _[signature]_ Signature of Attorney for Debtor(s) Jason S. Brookner Printed Name of Attorney for Debtor(s) Jason S. Brookner Bar No. 24033684 Monica S. Blacker Bar. No. 00796534 Andrews Kurth LLP 1717 Main Street, Ste 3700 Dallas, Texas 75201 Phone: (214) 659-4400 Fax: (214) 659-4401 jbrookner@akllp.com mblacker@akllp.com Date: 05/11/2010 \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _[signature]_ Signature of Authorized Individual Roy C. King Printed Name of Authorized Individual Chief Executive Officer Title of Authorized Individual May 11, 2010 Date | Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BROADSTAR WIND | § | |
| SYSTEMS LP, | § | Case No. _____-____-11 |
| | § | |
| Debtor. | § | |

## DECLARATION CONCERNING THE CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, Roy C. King, am the Chief Executive officer of Broadstar Wind Systems LP ("BWS"), and in such capacity am familiar with the financial affairs of BWS. I have reviewed the foregoing Consolidated List of Creditors Holding 20 Largest Unsecured Claims, and I hereby declare under penalty of perjury that the information contained therein is true and correct to the best of my knowledge, information and belief.

EXECUTED on May 11, 2010.

/s/ _____
Title: Chief Executive Officer

DAL:766359.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| BROADSTAR WIND | § | |
| SYSTEMS LP, | § | Case No. _____-\_\_\_\_-11 |
| | § | |
| Debtor. | § | |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

The above-captioned debtor and certain of its affiliates, as set forth on Schedule 1 hereto (collectively, the "Debtors"), each filed in this Court a voluntary petition for relief under chapter 11 of title 11, United States Code on May 11, 2010. The following is a list of the Debtors' twenty (20) largest unsecured creditors on a consolidated basis, based on the Debtors' books and records as of approximately May 6, 2010.[1] The list was prepared for filing in this chapter 11 case in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

| Name of Creditor and Complete Mailing Address | Nature of Claims (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (If secured also state value of security) |
|---|---|---|---|
| Buzzwork<br>TXS Industrial Design<br>11999 Plano Road, Suite 190<br>Dallas, TX 75243 | Trade | None | $23,000.00 |
| Heinman Family Limited Partnership<br>2 Winfiled Pointe Lane<br>St. Louis, MO 63141 | Trade | None | $21,518.84 |
| Fabricon, Inc.<br>8804 Chancellor Row<br>Dallas, TX 75247 | Trade | None | $18,258.92 |
| Red Car Restorations, Inc.<br>2543 FM 1139<br>Rockwall, TX 75032 | Trade | None | $17,081.19 |

---

[1] The information herein shall not constitute an admission by, nor is it binding on, the Debtor.

| Name of Creditor and Complete Mailing Address | Nature of Claims (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (If secured also state value of security) |
|---|---|---|---|
| Custom Trailer Solutions<br>160 W. Carmel Drive, Suite 281<br>Carmel, IN 46032 | Trade | None | $15,700.00 |
| The Danamraj Law Group, P.C.<br>5910 N. Central Expressway<br>Ste. 1450<br>Dallas, TX 75206 | Legal | None | $15,000.00 |
| Met Laboratories, Inc.<br>914 West Patapsco Ave.<br>Baltimore, MD 21230 | Trade | None | $14,650.00 |
| Digital Criterion<br>1133 Broad Street, #710<br>New York, NY 10010 | Trade | None | $13,882.50 |
| Astra, Inc.<br>1660 NW 65th Ave., Ste. 1<br>Plantation, FL 33313 | Trade | None | $12,993.03 |
| SolidBox<br>4825 Weidmar Lane #100<br>Austin, TX 78745 | Trade | None | $9,715.79 |
| Invention House, LLC<br>414 E. Clinton Place<br>Kirkwood, MO 63122 | Trade | None | $7,590.00 |
| Barnum & Celillo Electric, Inc.<br>3900 Taylor Street<br>Sacramento, CA 95838 | Trade | None | $7,450.00 |
| Regional Marine Industries, Inc.<br>2300 Jetport Drive<br>Orlando, FL 32809-7895 | Trade | None | $5,531.00 |
| MSC Software Corporation<br>P.O. Box 409734<br>Atlanta, GA 30384 | Trade | None | $4,432.84 |
| Ahern Rentals<br>4241 Arville Street<br>Las Vegas, NV 89103 | Trade | None | $3,593.00 |
| Green Mountain Energy<br>P.O. Box 65001<br>Dallas, TX 75265-0001 | Trade | None | $3,031.64 |
| Apollo Staffing, Inc.<br>P.O. Box 1103<br>Social Circle, GA 30029 | Trade | None | $2,920.00 |
| Atlas Machine and Welding Services Inc.<br>860 S. Broadway Street<br>Joshua, TX 76058 | Trade | None | $2,415.00 |

| Name of Creditor and Complete Mailing Address | Nature of Claims (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (If secured also state value of security) |
|---|---|---|---|
| Roy C. King<br>487 Fairfield Beach Road<br>Fairfield, CT 06824 | Trade | None | $2,102.78 |
| High Profile, Inc.<br>4841 LBJ Freeway, Ste 500<br>Dallas, TX 75244 | Trade | None | $1,600.00 |
| Gardere Wynn Sewell LLP<br>3000 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201 | Legal | None | $1,551.82 |

## SCHEDULE 1

### OTHER AFFILIATES WITH CASES PENDING IN THIS DISTRICT

The following affiliated debtors simultaneously have filed voluntary chapter 11 petitions in this Court. Contemporaneously with the filing of these petitions, such entities filed a motion requesting that their chapter 11 cases be jointly administered with the Chapter 11 case Broadstar Wind Systems LP.

1. BroadStar Wind Systems Group LLC

2. Broadstar Wind Systems Management LLC

3. BroadStar Developments Management LLC

4. BroadStar Developments LP